UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:20-cr-543 |
| | ) | |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 18 U.S.C. § 2101 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | |
| | ) | |
| **ORLANDO SHALROCKO KING** | ) | **INFORMATION** |
| | ) | |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about the dates of May 30, 2020 and May 31, 2020, in the District of South Carolina, the Defendant, **ORLANDO SHALROCKO KING**, travelled in interstate commerce and used a facility of interstate commerce, with intent to incite a riot, to organize, participate in, and carry on a riot, and to aid or abet any person in inciting or participating in or carrying on a riot; and during the course of such travel or thereafter performed or attempted to perform an overt act for the purposes specified above, including by not limited to:

a. On or about May 30, 2020, **ORLANDO SHALROCKO KING** incited, participated in, and carried on a riot, and aided and abetted other persons in inciting and participating in and carrying on a riot;

In violation of Title 18, United States Code, Sections 2101 and 2.

## COUNT 2

THE UNITED STATES ATTORNEY FURTHER CHARGES:

1. That beginning in or about March 2020 and continuing up until on or about April 25, 2020, the exact dates being unknown, in the District of South Carolina, the defendant, **ORLANDO SHALROCKO KING**, knowingly possessed a firearm and ammunition, all of which had been shipped and transported in interstate and foreign commerce, that is, a Sig Sauer, model P320, .9mm caliber pistol and .9mm caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(d).

s/ Peter M. McCoy, Jr
PETER M. MCCOY, JR. (MTA)
UNITED STATES ATTORNEY